**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Gerard F. McDonald and Marsha A McDonald Debtor, | Chapter: 13<br>Case No: 13–11283<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Case for Gerard F. McDonald ONLY** was entered on 4/8/13 .

Date:4/23/13

By the Court,

Cynthia Young
Deputy Clerk
617–748–5343

24