UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Gerard F. McDonald and Marsha A McDonald         **Case/AP Number** 13-11283 **-FJB**
                                                           **Chapter** 13

#22 Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved      _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This motion is hereby deemed withdrawn.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____  Dated: 04/30/2013
Frank J. Bailey
United States Bankruptcy Judge